UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL SCOTT VOGEL,

                    Plaintiff,

-against-

TAKEONE NETWORK CORP. *d/b/a* WRAP-BOOK, PATRICK ALI JAVID, NAYSAWN NAJI, HESHAM EL-NAHHAS, and CAMERON WOODWARD, *individually and in their capacities as co-founders of* WRAPBOOK

                    Defendants.

**ORDER**

22 Civ. 3991 (ER)

Ramos, D.J.:

      Plaintiff Michael Scott Vogel brought this action on May 16, 2022. Doc. 1. On August 4, 2022, during a pre-motion conference, the Court granted Defendants leave to file a motion to dismiss the complaint. On September 9, 2022, Defendants filed their motion to dismiss, Doc. 22. On September 20, 2022, Vogel wrote to the Court seeking, with Defendants' consent, adjournment the September 22, 2022 deadline to oppose Defendants' motion to dismiss and leave to file an amended complaint by September 21, 2022. Doc. 29. Vogel's request is granted.

      Vogel is instructed to file the amended complaint by September 21, 2022. Defendants have indicated to Vogel that they intend to file a motion to dismiss the amended complaint. *See* Doc. 29. Accordingly, Defendants' motion to dismiss the amended complaint is due October 21, 2022; Vogel's opposition to it is due November 11, 2022; and Defendants' reply is due December 2, 2022.

      The Clerk of Court is respectfully directed to terminate Docs. 22, 23, and 29 from the docket.

SO ORDERED.

Dated:  September 21, 2022
        New York, New York

_____
Edgardo Ramos, U.S.D.J.