

Curtis B. Leitner
Partner

T. 212-609-6853
F. 212-414-4573

cleitner@mccarter.com

McCarter & English, LLP

Worldwide Plaza
825 Eighth Avenue
31st Floor
New York, NY 10019-7475

www.mccarter.com

# MEMO ENDORSED

August 18, 2023

Judge Edgardo Ramos
United States District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

> The request to extend Vogel's deadline to file a second amended complaint, until September 13, 2023, is granted, and the conference previously scheduled for August 31, 2023 is adjourned to September 15, 2023 at 3 PM. SO ORDERED.
>
> Edgardo Ramos, U.S.D.J.
> Dated: August 18, 2023
> New York, New York

Re:  *Vogel v. Takeone Network Corp. et al.*, 22-cv-3991 (S.D.N.Y.) (ER)

Dear Judge Ramos:

     This firm represents plaintiff Scott Vogel in the above-referenced action. I am submitting this letter-motion, with the consent of counsel for defendants Takeone Network Corp. d/b/a Wrapbook, Patrick Ali Javid, Naysawn Naji, Hesham El-Nahhas, and Cameron Woodword (collectively "Wrapbook"), to request an extension of the deadline for Mr. Vogel to file a Second Amended Complaint ("SAC") and to adjourn the parties' telephonic conference with the Court until after Mr. Vogel files the SAC. This letter also provides a proposed briefing schedule for Wrapbook's motion to dismiss the SAC.

     On August 16, 2023, the Court issued an opinion granting in part and denying in part Wrapbook's motion to dismiss Mr. Vogel's First Amended Complaint. The Court directed Mr. Vogel to file an amended complaint by August 30, 2023, and scheduled a telephonic conference with the parties on August 31, 2023, at 10:30 am.

     I am co-lead counsel for this action with my partner, Wyley Proctor. A close member of Ms. Proctor's family suffered a serious medical emergency late last week. Ms. Proctor is now focused on his recovery and will require additional time to fully address this matter and the amendment of Mr. Vogel's complaint. Additionally, I will be traveling and on vacation from Saturday, August 19 through Sunday, August 27, and have significant briefs due in another case and an arbitration, respectively, on Thursday, August 24, and Tuesday, August 29. Given these circumstances, Mr. Vogel requests that the Court extend the deadline to file the SAC until September 13, 2023, and adjourn the August 31 conference until after Mr. Vogel files the SAC. Wrapbook extended the courtesy of consenting to these requests. This letter is Mr. Vogel's first request for an extension of time to file the SAC.

     If the Court grants Mr. Vogel's requested extension, the parties jointly propose the following briefing schedule for Wrapbook's motion to dismiss the SAC:

SAC due September 13, 2023

Judge Edgardo Ramos
August 18, 2023
Page 2 of 2

Motion to Dismiss due October 13, 2023
Opposition due November 13, 2023
Reply due December 4, 2023

      We appreciate the Court's consideration of the above requests and the parties' proposed briefing schedule.

      Respectfully submitted,

      */s/ Curtis B. Leitner*

      Curtis B. Leitner

cc:    Jason Burt, Esq. (via ECF)
       Steve Feldman, Esq. (via ECF)