UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL SCOTT VOGEL,<br><br>      Plaintiff,<br><br>-against-<br><br>TAKEONE NETWORK CORP. d/b/a WRAPBOOK, et al.,<br><br>      Defendants. | 22-cv-3991 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  No later than **February 22, 2024**, Plaintiff should file a letter providing, as of the date this case was commenced, the domicile of the Tradekraft Partnership and stating whether Michael Scott Vogel was a United States citizen. By that same date, Defendants should file a letter providing the state of incorporation and principal place of business of TakeOneNetwork Corp. and stating whether the individual defendants were United States citizens, again as of the date this case commenced. The parties should also identify which state any individual was a citizen of as of the date this case commenced (which is not necessarily the same as the individual's residence).

  SO ORDERED.

Dated: February 15, 2024
   New York, New York

                       ARUN SUBRAMANIAN
                       United States District Judge