**Steven N. Feldman**
Direct Dial: (212) 906-1821
Steve.Feldman@lw.com

# LATHAM&WATKINS LLP

February 5, 2025

1271 Avenue of the Americas
New York, New York 10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Century City | Paris |
| Chicago | Riyadh |
| Dubai | San Diego |
| Düsseldorf | San Francisco |
| Frankfurt | Seoul |
| Hamburg | Silicon Valley |
| Hong Kong | Singapore |
| Houston | Tel Aviv |
| London | Tokyo |
| Los Angeles | Washington, D.C. |
| Madrid | |

> GRANTED. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 112.
>
> SO ORDERED.
>
> Arun Subramanian, U.S.D.J.
> Date: February 6, 2025

**VIA ECF**

Hon. Arun Subramanian, United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
Courtroom 15A
500 Pearl Street
New York, NY 10007

   Re: *Vogel v. TakeOne Network Corp. d/b/a Wrapbook, et al.*, No. 22-cv-03991-AS—
     Consent Letter-Motion Requesting Sealing Protocol

Dear Judge Subramanian:

  We represent Defendants TakeOne Network Corp. d/b/a Wrapbook ("Wrapbook"), Ali Javid, Naysawn Naji, Hesham El-Nahhas, and Cameron Woodward (collectively, "Defendants") in the above-referenced matter. We write on behalf of all parties to respectfully jointly propose a protocol for the sealing and redaction of the parties' forthcoming summary judgment and *Daubert* motion papers that are due to be filed on February 11, 2025.

  Included in the parties' summary judgment and *Daubert* filings will be exhibits that detail sensitive, non-public information, including proprietary financial data for a Wrapbook (a private company), Wrapbook's private shareholder information, and other confidential information. The filings will also discuss alleged trade secrets. The parties take seriously their obligations to seek sealing on a narrowly tailored basis, and it would be immensely cumbersome for the parties to complete the meet-and-confer process (as required by the Court's Rule 11(C)(i) of its Individual Practices in Civil Cases) and finalize proposed redactions in advance of the summary judgment deadline. The parties believe that the meet and confer process will help narrow proposed redactions, and that additional time following the filing deadline would best suit that goal.

  The parties thus respectfully <u>request leave for the parties to file summary judgment and *Daubert* filings under seal on February 11, 2025, following up within two weeks with specific requests to redact or seal certain documents pursuant to Rule 11(C)(ii) of the Court's individual practices</u>. Similarly, the parties request that the same procedure be followed for the relevant opposition and reply papers, with the parties submitting initial filings under seal and following up with narrowly-tailored sealing requests within two weeks.

  We thank the Court for its attention to this matter.

February 5, 2025
Page 2

Respectfully submitted,

/s/ *Steven N. Feldman*
Steven N. Feldman
of LATHAM & WATKINS LLP

cc: All counsel of record (via ECF)