Steven N. Feldman
Direct Dial: 212.906.1821
steven.feldman@lw.com

**LATHAM&WATKINS**LLP

> GRANTED.
>
> The Clerk of Court is respectfully directed to terminate the motion at ECF No. 173.
>
> SO ORDERED.
>
> *(signature)*
>
> Arun Subramanian, U.S.D.J.
> Date: September 29, 2025

1271 Avenue of the Americas
New York, New York 10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Century City | Paris |
| Chicago | Riyadh |
| Dubai | San Diego |
| Düsseldorf | San Francisco |
| Frankfurt | Seoul |
| Hamburg | Silicon Valley |
| Hong Kong | Singapore |
| Houston | Tel Aviv |
| London | Tokyo |
| Los Angeles | Washington, D.C. |
| Madrid | |

March 31, 2025

**VIA ECF**

Hon. Arun Subramanian, USDJ
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 15A
New York, NY 10007

> Re: *Vogel v. TakeOne Network Corp. d/b/a Wrapbook, et al.*, No. 22-cv-03991-AS—
> Defendants' Letter-Motion To File Under Seal

Dear Judge Subramanian:

We represent Defendants TakeOne Network Corp. d/b/a Wrapbook ("Wrapbook"), Ali Javid, Naysawn Naji, Hesham El-Nahhas, and Cameron Woodward (collectively, "Defendants") in the above-referenced matter. We write further to this Court's February 6, 2025 order (Dkt. 113) regarding the Plaintiff's opposition to summary judgment and *Daubert* motion papers filed under seal on March 12 and 13, 2025 (Dkt. 153-163), to respectfully request the Court's approval to seal and file in redacted form the following documents:

- Plaintiff's Response to Defendants' Local Rule 56.1 Statement of Facts
- Plaintiff's Local Rule 56.1 Counter-Statement of Facts
- Plaintiff's Exhibits to the March 12, 2025 Declaration of Curtis B. Leitner: 20, 31, 33, 36, 39-42, 44, 51, 55, 61, 76, and 90

Further, we respectfully request the Court's approval to seal the following documents in their entirety:

- Plaintiff's Exhibits to the March 12, 2025 Declaration of Curtis B. Leitner: 37, 52-54, and 89

Similar to Defendants' letter requesting tailored sealing of portions of the factual record in support of their summary judgment and *Daubert* motions (Dkt. 134), Defendants respectfully write to demonstrate that "good cause exists to overcome the presumption of open access" with respect to limited portions of the materials Plaintiff filed on March 12 and 13, 2025. *Geller v. Branic Int'l Realty Corp*, 212 F.3 734, 738 (2d Cir. 2000). As set forth below in further detail, these filings contain personally identifiable information as well as "confidential research and development information, marketing plans, revenue information, pricing information, and the like [that] satisfy the sealing standard." *Kewazinga Corp. v. Microsoft Corp.*, 2021 WL 1222122, at *3 (S.D.N.Y. Mar. 31, 2021); *see also CBF Industria de Gusa S/A v. AMCI Holdings, Inc.*, 2021 WL 4135007,

LATHAM&WATKINS LLP

at *4 (S.D.N.Y. Sept. 10, 2021) (recognizing protecting sensitive business information as a "countervailing factor" weighing against the presumption of public access); *Stegmann on Behalf of Covetrus, Inc. v. Wolin*, 2021 WL 1838219, at *2 (E.D.N.Y. May 2, 2021) (granting requests to redact judicial documents where disclosure "would enable competitors to discover the company's confidential business, operational and marketing strategies" and "provide its competitors with information about which areas [the company] allocates its resources, as well [as] its internal financial projections"). Public disclosure of the sensitive business information Defendants seek to seal risks diminishing Wrapbook's competitiveness vis-à-vis its competitors and weakening its position in future financing negotiations. All redactions are narrowly tailored and would have limited impact on the public's understanding of the case. Accordingly, the traditional balancing test weighs heavily in favor of granting Defendants' sealing requests. *See Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119-20 (2d Cir. 2006).

Specifically, Defendants respectfully request that the following documents remain under seal or in redacted form:

- Dkt. 155 is a copy of Plaintiff's Response to Defendants' Local Rule 56.1 Statement of Facts, filed on March 13, 2025. Defendants' requested redactions in this document seal Wrapbook's confidential financial data, as well as competitively sensitive details about Wrapbook's business operations and strategy.

- Dkt. 160 is a copy of Plaintiff's Local Rule 56.1 Counter-Statement of Facts, filed on March 13, 2025. Defendants' requested redactions in this document seal confidential financial data of Wrapbook and Defendants, as well as competitively sensitive details about Wrapbook's business operations and strategy. A residential address is also redacted.

- Plaintiff's Exhibit 20 is a copy of an email produced with Bates identifier WRAPBOOK_00007085, dated September 22, 2017. A non-party's personal phone number is redacted.

- Plaintiff's Exhibit 31 is a copy of an email produced with Bates identifier WRAPBOOK_00010151, dated July 12, 2018. Personal phone numbers of a Defendant and a non-party are redacted.

- Plaintiff's Exhibit 33 is a copy of an email produced with Bates identifier WRAPBOOK_00000417, dated December 27, 2017. A residential address is redacted.

- Plaintiff's Exhibit 36 is a copy of an email and an attached presentation regarding Wrapbook produced with Bates identifier WRAPBOOK_00009756, dated February 26, 2018. Redactions in this document seal Wrapbook's confidential financial data, as well as competitively sensitive details about Wrapbook's business operations and strategy.

- Plaintiff's Exhibit 37 is a copy of a 2024 Wrapbook presentation given to Bessemer Venture Partners. Wrapbook requests that this exhibit be sealed in its entirety, because the document extensively reflects commercially sensitive details related to Wrapbook's

LATHAM&WATKINS LLP

confidential business operations, product and strategy plans for coming years, technological information, and financial data.

- Plaintiff's Exhibit 39 is a copy of the presentation: "The Entertainment Network. Pay & Get Paid." produced with Bates identifier WRAPBOOK_00021289. Redactions in this document seal Wrapbook's confidential financial data, as well as competitively sensitive details about Wrapbook's business operations and strategy.

- Plaintiff's Exhibit 40 is a copy of Wrapbook's Series A Memorandum produced with Bates identifier WRAPBOOK_00027647, dated January 2021. Redactions in this document seal Wrapbook's confidential financial data, as well as competitively sensitive details about Wrapbook's business operations and strategy.

- Plaintiff's Exhibit 41 is a copy of a Wrapbook presentation produced with Bates identifier WRAPBOOK_00027325. Redactions in this document seal Wrapbook's confidential financial data, as well as competitively sensitive details about Wrapbook's business operations and strategy.

- Plaintiff's Exhibit 42 is a copy of the presentation: "Wrapbook: To increase the prosperity of the project economy through better financial services." Redactions in this document seal Wrapbook's confidential financial data, as well as competitively sensitive details about Wrapbook's business operations and strategy.

- Plaintiff's Exhibit 44 is a copy of an email produced with Bates identifier WRAPBOOK_00022329, dated July 30, 2019. Redactions in this document seal Wrapbook's confidential financial data, as well as a non-party's phone number.

- Plaintiff's Exhibit 51 is a copy of Wrapbook's Series Seed Preferred Stock Purchase Agreement produced with Bates identifier WRAPBOOK_00028317, dated February 20, 2020. Redactions in this document seal confidential financial data and the home addresses of investors, many of whom are non-parties to this action.

- Plaintiff's Exhibit 52 is a copy of Wrapbook's Series A Preferred Stock Purchase Agreement produced with Bates identifier WRAPBOOK_00028453, dated February 22, 2021. Wrapbook requests that this exhibit be sealed in its entirety, because the document extensively reflects privately negotiated terms that have never been made public, along with commercially sensitive details related to Wrapbook's confidential business operations and financial data. It also contains residential addresses and investment terms of investors, most of whom are non-parties to this action.

- Plaintiff's Exhibit 53 is a copy of Wrapbook's Series B Preferred Stock Purchase Agreement produced with Bates identifier WRAPBOOK_00028512, dated November 5, 2021. Wrapbook requests that this exhibit be sealed in its entirety, because the document extensively reflects privately negotiated terms that have never been made public, along with commercially sensitive details related to Wrapbook's confidential business operations

LATHAM&WATKINS LLP

- Plaintiff's Exhibit 54 is a copy of a Series B-1 Preferred Stock Purchase Agreement produced with Bates identifier WRAPBOOK_00029443, dated August 14, 2024. Wrapbook requests that this exhibit be sealed in its entirety, because the document extensively reflects privately negotiated terms that have never been made public, along with commercially sensitive details related to Wrapbook's confidential business operations and financial data. It also contains residential addresses and investment terms of investors, most of whom are non-parties to this action.

- Plaintiff's Exhibit 55 is a copy of the transcript of the deposition of Defendants' source code expert Nikolaus Baer, dated January 10, 2025. Redactions in this document seal commercially sensitive information regarding Wrapbook's source code and technological infrastructure as well as Mr. Baer's home address.

- Plaintiff's Exhibit 61 is a copy of Wrapbook's Series A Memorandum produced with Bates identifier WRAPBOOK_00019319, dated January 2021. Redactions in this document seal Wrapbook's confidential financial data, as well as competitively sensitive details about Wrapbook's business operations and strategy.

- Plaintiff's Exhibit 76 is a copy of an email produced with Bates identifier WRAPBOOK_00015505, dated January 27, 2018. Redactions in this document seal competitively sensitive details about Wrapbook's business operations and financial strategy.

- Plaintiff's Exhibit 89 is a copy of a Wrapbook Detailed Capitalization Table, current as of October 31, 2024. Wrapbook requests that this exhibit be sealed in its entirety, because it is entirely comprised of confidential and commercially sensitive details of financials relating to Wrapbook and Defendants.

- Plaintiff's Exhibit 90 is a copy of an email produced with Bates identifier WRAPBOOK_00000675, dated January 20, 2018. A residential address is redacted.

Respectfully submitted,

/s/ *Steven N. Feldman*
Steven N. Feldman
of LATHAM & WATKINS LLP

cc: All counsel of record (via ECF)