UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Michael Scott Vogel,

                Plaintiff(s),

-against-

Takeone Network Corp., et al.,

                Defendant(s).

22-CV-3991 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

      As described in today's hearing, plaintiff is ORDERED to file any motion to amend his expert report and reopen expert discovery on or before November 11, 2025. Response by November 25, 2025, and any reply by December 2, 2025.

      On or before October 24, 2025, plaintiff should make a renewed good-faith settlement demand to defendants, and if one is made, the defendants should respond with a good-faith settlement offer on or before October 31, 2025. "Good faith" means a demand or offer that takes account of risks and uncertainties of the case. If after these discussions, the parties wish for either a Magistrate Judge or this Court to assist the parties in settlement discussions, they can advise the Court.

      Trial is set in this case for April 6, 2026. That date is firm. The Court will follow up with dates for the final pretrial conference and the submission of *motions in limine*.

SO ORDERED.

Dated: October 21, 2025
       New York, New York

                                                  ARUN SUBRAMANIAN
                                                  United States District Judge